UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                 CASE NO: 2:15-cr-32-FtM-38MRM

JAMAR BRIONE UNDERWOOD

**ORDER[1]**

This matter comes before the Court on Defendant Jamar Brione Underwood's Motion to Seal the Defendant's Motion for Downward Departure and for Variance (Doc. #55) filed on March 17, 2016.  Having reviewed Defendant's Motion to Seal, the Court finds good cause to grant the Motion.

Accordingly, it is now **ORDERED:**

1. Defendant Jamar Brione Underwood's Motion to Seal the Defendant's Motion for Downward Departure and for Variance (Doc. #55) is **GRANTED**.

2. The Clerk shall file Defendant Jamar Brione Underwood's Motion for Downward Departure and for Variance under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this March 24, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.